# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **ALBERTO TORRES DE JESUS**  Bankruptcy Number: 14-08648-BKT

Chapter 13

--- AMENDED ---

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO**\*

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$132.00**    Outstanding (Through the Plan): **$2,868.00**

\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

Debtor(s) Income is (are) ☑ Under   ☐ Above Median Income        Liquidation Value: **$$2,241.00**

Commitment Period is   ☑ 36 months   ☐ 60 months §1325(b)(1)(B)    General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: Oct 21, 2014 (Dkt 2)    Plan Base: **$9,000.00**

The Trustee:   ☐ DOES NOT OBJECT   ☑ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 31 %

The Trustee objects to confirmation for the following reasons:

\*OTHER COMMENTS / OBJECTIONS

1325 (a)(6) FEASIBILITY:

DEPARTAMENTO DE LA VIVIENDA, alleged secured creditor provided for in the plan, is yet to file its proof of claim. Debtor submitted a Title Study, however, the same does not reveal Departamento de la Vivienda as the lien holder. Said document reveals that the lien holder is the Fideicomiso Perpetuo para Comunidades Especiales. Debtor has failed to submit the endorsement note or the purchasing agreement.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: December 10, 2014

/s/ Nannette Godreau, Esq.

Last Dkt.: 13
Last Claim: 4