UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| **ALBERTO TORRES DE JESUS** | CASE NO. 14-08648-BKT |
| XXX-XX-8897 | CHAPTER 13 |
| DEBTOR (S) | |

TRUSTEE'S ENTRY OF ORDER TO STOP DISBURSEMENTS
TO CLAIM FILED BY SANTANDER FINANCIAL D/B/A ISLAND FINANCE
Claim Number 02-1

**TO THE HONORABLE COURT:**

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. A repayment plan in this case was confirmed and according to its terms, 11 U.S.C. 1326 and Rule 3021 of the Federal Rules of Bankruptcy Procedure, the Trustee made disbursements to SANTANDER FINANCIAL D/B/A ISLAND FINANCE, Creditor has returned trustee's disbursements which as of this date total $42.17 and it is possible that other disbursements previously made to this creditor will be also returned.

2. Said creditor has informed, the reason for the returned of funds occurred since they transfer/sold the account to creditor Ophrys, LLC. As of this date, said creditor has not file a Notice of appearance and/or a transfer of such claim in order to be entitled to distribution.

3. In the light of the above, the Trustee understands such funds should be distributed to other allowed creditors; unless Ophrys, LLC files a notice of appearance and or transfer of claim within the next 21 days.

WHEREFORE for the reasons described above the Trustee requests from this Honorable Court that this motion be granted authorizing the Trustee to:

(1.) Stop any further disbursement under the terms of the confirmed plan

to SANTANDER FINANCIAL D/B/A ISLAND FINANCE.

(2.) Distribute disbursements returned by SANTANDER FINANCIAL D/B/A ISLAND FINANCE to other allowed creditors according to the plan terms.

21 days objection language: Within fourteen (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) by first class mail to the address of record and to her/his/their attorney (ROBERTO FIGUEROA CARRASQUILLO*) and CREDITORS SANTANDER FINANCIAL D/B/A ISLAND FINANCE PO BOX 195369, SAN JUAN PR 00919-5369 and Ophrys, LLC, PO Box 3978 Seattle, WA 98124, by first class mail, to their respective address of record.

In San Juan, Puerto Rico on Monday, September 2, 2019.

/s/ Jose R. Carrion

JOSE R. CARRION CHAPTER 13 TRUSTEE
PO Box 9023884   San Juan, PR 00902-3884
Tel (787)977-3535